ORIGINAL FILED
2009 APR 13 P 4: 13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CRB

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
TIMOTHY A. DeLANGE (Bar No. 190768)
DAVID A. THORPE (Bar No. 216498)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
timothyd@blbglaw.com
davidt@blbglaw.com

*Attorneys for Plaintiff New Orleans Employees' Retirement System*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO ASSET SECURITIES CORPORATION, WELLS FARGO BANK, N.A., DAVID MOSKOWITZ, FRANKLIN CODEL, THOMAS NEARY, DOUGLAS K. JOHNSON, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO., INC., JPMORGAN CHASE, INC., *as successor-in-interest to* BEAR, STEARNS & CO., INC., HSBC SECURITIES (USA), INC., CREDIT SUISSE SECURITIES (USA), LLC, DEUTSCHE BANK SECURITIES, INC., UBS SECURITIES, LLC, CITIGROUP GLOBAL MARKETS, INC., GREENWICH CAPITAL MARKETS, INC., *doing business as* RBS Securities, Inc., BARCLAYS CAPITAL, INC., BANC OF AMERICA SECURITIES, LLC, BANK OF AMERICA CORPORATION *as successor-in-interest to* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.,<br><br>(Caption continued on next page) | Civil Action No.<br><br>CV 09 1620<br><br>CERTIFICATE OF DAVID A. THORPE PURSUANT TO LOCAL RULE 3-7(d) |

1

CERTIFICATE OF COUNSEL

| | |
|---|---|
| 1 | BANK OF AMERICA CORPORATION *as successor-in-interest to* COUNTRYWIDE |
| 2 | SECURITIES CORPORATION, MOODY'S INVESTORS SERVICE, INC., THE |
| 3 | MCGRAW-HILL COMPANIES, INC., FITCH, INC., WELLS FARGO |
| 4 | MORTGAGE BACKED SECURITIES 2006-AR1 TRUST, WELLS FARGO |
| 5 | MORTGAGE BACKED SECURITIES 2006-3 TRUST, WELLS FARGO |
| 6 | MORTGAGE BACKED SECURITIES 2006-AR2 TRUST, WELLS FARGO |
| 7 | MORTGAGE BACKED SECURITIES 2006-AR3 TRUST, WELLS FARGO |
| 8 | MORTGAGE BACKED SECURITIES 2006-2 TRUST, WELLS FARGO |
| 9 | MORTGAGE BACKED SECURITIES 2006-1 TRUST, WELLS FARGO |
| 10 | MORTGAGE BACKED SECURITIES 2006-AR4 TRUST, WELLS FARGO |
| 11 | MORTGAGE BACKED SECURITIES 2006-AR5 TRUST, WELLS FARGO |
| 12 | MORTGAGE BACKED SECURITIES 2006-4 TRUST, WELLS FARGO |
| 13 | MORTGAGE BACKED SECURITIES 2006-AR6 TRUST, WELLS FARGO |
| 14 | MORTGAGE BACKED SECURITIES 2006-AR7 TRUST, WELLS FARGO |
| 15 | MORTGAGE BACKED SECURITIES 2006-5 TRUST, WELLS FARGO |
| 16 | MORTGAGE BACKED SECURITIES 2006-6 TRUST, WELLS FARGO |
| 17 | MORTGAGE BACKED SECURITIES 2006-AR8 TRUST, WELLS FARGO |
| 18 | MORTGAGE BACKED SECURITIES 2006-7 TRUST, WELLS FARGO |
| 19 | MORTGAGE BACKED SECURITIES 2006-8 TRUST, WELLS FARGO |
| 20 | MORTGAGE BACKED SECURITIES 2006-AR10 TRUST, WELLS FARGO |
| 21 | MORTGAGE BACKED SECURITIES 2006-AR11 TRUST, WELLS |
| 22 | FARGO MORTGAGE BACKED SECURITIES 2006-9 TRUST, WELLS |
| 23 | FARGO MORTGAGE BACKED SECURITIES 2006-10 TRUST, WELLS |
| 24 | FARGO MORTGAGE BACKED SECURITIES 2006-AR12 TRUST, WELLS |
| 25 | FARGO MORTGAGE BACKED SECURITIES 2006-AR13 TRUST, WELLS |
| 26 | FARGO MORTGAGE BACKED SECURITIES 2006-11 TRUST, |
| 27 | |
| 28 | (Caption continued on next page) |

| | |
|---|---|
| 1 | WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR16 TRUST, WELLS |
| 2 | FARGO MORTGAGE BACKED SECURITIES 2006-14 TRUST, WELLS |
| 3 | FARGO MORTGAGE BACKED SECURITIES 2006-AR17 TRUST, WELLS |
| 4 | FARGO MORTGAGE BACKED SECURITIES 2006-13 TRUST, WELLS |
| 5 | FARGO MORTGAGE BACKED SECURITIES 2006-AR15 TRUST, WELLS |
| 6 | FARGO MORTGAGE BACKED SECURITIES 2006-AR14 TRUST, WELLS |
| 7 | FARGO MORTGAGE BACKED SECURITIES 2006-12 TRUST, WELLS |
| 8 | FARGO MORTGAGE BACKED SECURITIES 2006-AR18 TRUST, WELLS |
| 9 | FARGO MORTGAGE BACKED SECURITIES 2006-17 TRUST, WELLS |
| 10 | FARGO MORTGAGE BACKED SECURITIES 2006-15 TRUST, WELLS |
| 11 | FARGO MORTGAGE BACKED SECURITIES 2006-16 TRUST, AND |
| 12 | WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR19 TRUST, |
| 13 | WELLS FARGO MORTGAGE BACKED SECURITIES 2006-18 TRUST, WELLS |
| 14 | FARGO MORTGAGE BACKED SECURITIES 2006-19 TRUST, WELLS |
| 15 | FARGO MORTGAGE BACKED SECURITIES 2006-20 TRUST, WELLS |
| 16 | FARGO MORTGAGE BACKED SECURITIES 2007-1 TRUST, WELLS |
| 17 | FARGO ALTERNATIVE LOAN 2007-PA1 TRUST, WELLS FARGO MORTGAGE |
| 18 | BACKED SECURITIES 2007-2 TRUST, WELLS FARGO MORTGAGE BACKED |
| 19 | SECURITIES 2007-AR3 TRUST, WELLS FARGO MORTGAGE BACKED |
| 20 | SECURITIES 2007-3 TRUST, WELLS FARGO MORTGAGE BACKED |
| 21 | SECURITIES 2007-4 TRUST, WELLS FARGO MORTGAGE BACKED |
| 22 | SECURITIES 2007-5 TRUST, WELLS FARGO MORTGAGE BACKED |
| 23 | SECURITIES 2007-6 TRUST, WELLS FARGO MORTGAGE BACKED |
| 24 | SECURITIES 2007-7 TRUST, WELLS FARGO MORTGAGE BACKED |
| 25 | SECURITIES 2007-8 TRUST, WELLS FARGO MORTGAGE BACKED |
| 26 | SECURITIES 2007-9 TRUST, WELLS FARGO MORTGAGE BACKED |
| 27 | (Caption continued on next page) |
| 28 | |

3
CERTIFICATE OF COUNSEL

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | SECURITIES 2007-10 TRUST, WELLS FARGO MORTGAGE BACKED SECURITIES 2007-11 TRUST, WELLS FARGO MORTGAGE BACKED SECURITIES 2007-12 TRUST, WELLS FARGO MORTGAGE BACKED SECURITIES 2007-13 TRUST, and WELLS FARGO MORTGAGE BACKED SECURITIES 2007-AR4 TRUST,<br><br>                         Defendants. |

8    Pursuant to Northern District Local Rule 3-7(d) I, DAVID A. THORPE, declare as follows:

9    Exclusive of securities held through mutual funds or discretionary accounts managed by
10   professional money managers, I do not directly own or otherwise have a beneficial interest in the
11   securities that are the subject of this action.

12   I declare under penalty of perjury under the laws of the State of California that the foregoing is
13   true and correct. If called as a witness, I could and would competently testify thereto.

14   Executed this 13th day of April, 2009, at San Diego, California.

15                                       BERNSTEIN LITOWITZ BERGER
16                                       & GROSSMANN LLP

17                                       /s/ David A. Thorpe
                                         DAVID A. THORPE
18

19                                       DAVID R. STICKNEY (Bar No. 188574)
                                         TIMOTHY A. DeLANGE (Bar. No. 190768)
20                                       DAVID A. THORPE (Bar. No. 216498)
                                         12481 High Bluff Drive, Suite 300
21                                       San Diego, CA 92130
                                         Tel:   (858) 793-0070
22                                       Fax:   (858) 793-0323
                                         davids@blbglaw.com
23                                       timothyd@blbglaw.com
                                         davidt@blbglaw.com
24
                                         *Counsel for Plaintiff New Orleans Employees'*
25                                       *Retirement System*

26

27

28

---

4
CERTIFICATE OF COUNSEL