| | |
|---|---|
| 1 | BERNSTEIN LITOWITZ BERGER |
|   | & GROSSMANN LLP |
| 2 | DAVID R. STICKNEY  (Bar No. 188574) |
|   | TIMOTHY A. DeLANGE  (Bar No. 190768) |
| 3 | DAVID A. THORPE  (Bar No. 216498) |
|   | 12481 High Bluff Drive, Suite 300 |
| 4 | San Diego, CA 92130 |
|   | Tel:     (858) 793-0070 |
| 5 | Fax:    (858) 793-0323 |
|   | davids@blbglaw.com |
| 6 | timothyd@blbglaw.com |
|   | davidt@blbglaw.com |

*Attorneys for Plaintiff New Orleans Employees' Retirement System*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO ASSET SECURITIES CORPORATION, WELLS FARGO BANK, N.A., DAVID MOSKOWITZ, FRANKLIN CODEL, THOMAS NEARY, DOUGLAS K. JOHNSON, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO., INC., JPMORGAN CHASE, INC., *as successor-in-interest to* BEAR, STEARNS & CO., INC., HSBC SECURITIES (USA), INC., CREDIT SUISSE SECURITIES (USA), LLC, DEUTSCHE BANK SECURITIES, INC., UBS SECURITIES, LLC, CITIGROUP GLOBAL MARKETS, INC., GREENWICH CAPITAL MARKETS, INC., *doing business as* RBS Securities, Inc., BARCLAYS CAPITAL, INC., BANC OF AMERICA SECURITIES, LLC, BANK OF AMERICA CORPORATION *as successor-in-interest to* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.,<br><br>(Caption continued on next page) | Civil Action No. 09-1620<br><br>CERTIFICATE OF DAVID R. STICKNEY PURSUANT TO LOCAL RULE 3-7(d) |

Case3:09-cv-01620-SI   Document7   Filed04/23/09   Page2 of 4

| | |
|---|---|
| 1 | BANK OF AMERICA CORPORATION *as successor-in-interest to* COUNTRYWIDE |
| 2 | SECURITIES CORPORATION, MOODY'S INVESTORS SERVICE, INC., THE |
| 3 | MCGRAW-HILL COMPANIES, INC., FITCH, INC., WELLS FARGO |
| 4 | MORTGAGE BACKED SECURITIES 2006-AR1 TRUST, WELLS FARGO |
| 5 | MORTGAGE BACKED SECURITIES 2006-3 TRUST, WELLS FARGO |
| 6 | MORTGAGE BACKED SECURITIES 2006-AR2 TRUST, WELLS FARGO |
| 7 | MORTGAGE BACKED SECURITIES 2006-AR3 TRUST, WELLS FARGO |
| 8 | MORTGAGE BACKED SECURITIES 2006-2 TRUST, WELLS FARGO |
| 9 | MORTGAGE BACKED SECURITIES 2006-1 TRUST, WELLS FARGO |
| 10 | MORTGAGE BACKED SECURITIES 2006-AR4 TRUST, WELLS FARGO |
| 11 | MORTGAGE BACKED SECURITIES 2006-AR5 TRUST, WELLS FARGO |
| 12 | MORTGAGE BACKED SECURITIES 2006-4 TRUST, WELLS FARGO |
| 13 | MORTGAGE BACKED SECURITIES 2006-AR6 TRUST, WELLS FARGO |
| 14 | MORTGAGE BACKED SECURITIES 2006-AR7 TRUST, WELLS FARGO |
| 15 | MORTGAGE BACKED SECURITIES 2006-5 TRUST, WELLS FARGO |
| 16 | MORTGAGE BACKED SECURITIES 2006-6 TRUST, WELLS FARGO |
| 17 | MORTGAGE BACKED SECURITIES 2006-AR8 TRUST, WELLS FARGO |
| 18 | MORTGAGE BACKED SECURITIES 2006-7 TRUST, WELLS FARGO |
| 19 | MORTGAGE BACKED SECURITIES 2006-8 TRUST, WELLS FARGO |
| 20 | MORTGAGE BACKED SECURITIES 2006-AR10 TRUST, WELLS FARGO |
| 21 | MORTGAGE BACKED SECURITIES 2006-AR11 TRUST, WELLS |
| 22 | FARGO MORTGAGE BACKED SECURITIES 2006-9 TRUST, WELLS |
| 23 | FARGO MORTGAGE BACKED SECURITIES 2006-10 TRUST, WELLS |
| 24 | FARGO MORTGAGE BACKED SECURITIES 2006-AR12 TRUST, WELLS |
| 25 | FARGO MORTGAGE BACKED SECURITIES 2006-AR13 TRUST, WELLS |
| 26 | FARGO MORTGAGE BACKED SECURITIES 2006-11 TRUST, |
| 27 | (Caption continued on next page) |
| 28 | |

CERTIFICATE OF COUNSEL

1 | WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR16 TRUST, WELLS
2 | FARGO MORTGAGE BACKED SECURITIES 2006-14 TRUST, WELLS
3 | FARGO MORTGAGE BACKED SECURITIES 2006-AR17 TRUST, WELLS
4 | FARGO MORTGAGE BACKED SECURITIES 2006-13 TRUST, WELLS
5 | FARGO MORTGAGE BACKED SECURITIES 2006-AR15 TRUST, WELLS
6 | FARGO MORTGAGE BACKED SECURITIES 2006-AR14 TRUST, WELLS
7 | FARGO MORTGAGE BACKED SECURITIES 2006-12 TRUST, WELLS
8 | FARGO MORTGAGE BACKED SECURITIES 2006-AR18 TRUST, WELLS
9 | FARGO MORTGAGE BACKED SECURITIES 2006-17 TRUST, WELLS
10 | FARGO MORTGAGE BACKED SECURITIES 2006-15 TRUST, WELLS
11 | FARGO MORTGAGE BACKED SECURITIES 2006-16 TRUST, AND
12 | WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR19 TRUST,
13 | WELLS FARGO MORTGAGE BACKED SECURITIES 2006-18 TRUST, WELLS
14 | FARGO MORTGAGE BACKED SECURITIES 2006-19 TRUST, WELLS
15 | FARGO MORTGAGE BACKED SECURITIES 2006-20 TRUST, WELLS
16 | FARGO MORTGAGE BACKED SECURITIES 2007-1 TRUST, WELLS
17 | FARGO ALTERNATIVE LOAN 2007-PA1 TRUST, WELLS FARGO MORTGAGE
18 | BACKED SECURITIES 2007-2 TRUST, WELLS FARGO MORTGAGE BACKED
19 | SECURITIES 2007-AR3 TRUST, WELLS FARGO MORTGAGE BACKED
20 | SECURITIES 2007-3 TRUST, WELLS FARGO MORTGAGE BACKED
21 | SECURITIES 2007-4 TRUST, WELLS FARGO MORTGAGE BACKED
22 | SECURITIES 2007-5 TRUST, WELLS FARGO MORTGAGE BACKED
23 | SECURITIES 2007-6 TRUST, WELLS FARGO MORTGAGE BACKED
24 | SECURITIES 2007-7 TRUST, WELLS FARGO MORTGAGE BACKED
25 | SECURITIES 2007-8 TRUST, WELLS FARGO MORTGAGE BACKED
26 | SECURITIES 2007-9 TRUST, WELLS FARGO MORTGAGE BACKED
27 |
28 | (Caption continued on next page)

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | SECURITIES 2007-10 TRUST, WELLS FARGO MORTGAGE BACKED SECURITIES 2007-11 TRUST, WELLS FARGO MORTGAGE BACKED SECURITIES 2007-12 TRUST, WELLS FARGO MORTGAGE BACKED SECURITIES 2007-13 TRUST, and WELLS FARGO MORTGAGE BACKED SECURITIES 2007-AR4 TRUST,<br><br>                    Defendants. |

8   Pursuant to Northern District Local Rule 3-7(d) I, DAVID R. STICKNEY, declare as follows:

9   Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

12  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

14  Executed this 23rd day of April, 2009, at San Diego, California.

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

_/s/ David Stickney_
DAVID R. STICKNEY

DAVID R. STICKNEY (Bar No. 188574)
TIMOTHY A. DeLANGE (Bar. No. 190768)
DAVID A. THORPE (Bar. No. 216498)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
timothyd@blbglaw.com
davidt@blbglaw.com

*Counsel for Plaintiff New Orleans Employees' Retirement System*

---

4
CERTIFICATE OF COUNSEL