GREGORY A. MARKEL (*pro hac vice* application to be submitted)
greg.markel@cwt.com
RONIT SETTON (*pro hac vice* application to be submitted)
ronit.setton@cwt.com
AMANDA KOSOWSKY (SBN 214282)
amanda.kosowsky@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone:    (212) 504-6000
Facsimile:    (212) 504-6666

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  (SBN 76342)
bruce.ericson@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, California 94120-7880
Telephone:    (415) 983-1000

Attorneys for Defendants Wells Fargo Asset Securities Corporation, Wells Fargo Bank, N.A., David Moskowitz, Franklin Codel, Thomas Neary, Douglas K. Johnson, Wells Fargo Mortgage Backed Securities 2006-AR1, 2006-3, 2006-AR2, 2006-AR3, 2006-2, 2006-1, 2006-AR4, 2006-AR5, 2006-4, 2006-AR6, 2006-AR7, 2006-5, 2006-6, 2006-AR8, 2006-7, 2006-8, 2006-AR10, 2006-AR11, 2006-9, 2006-10, 2006-AR12, 2006-AR13, 2006-11, 2006-AR16, 2006-14, 2006-AR17, 2006-13, 2006-AR15, 2006-AR14, 2006-12, 2006-AR18, 2006-17, 2006-15, 2006-16, 2006-AR19, 2006-18, 2006-19, 2006-20, 2007-1, 2007-2, 2007-AR3, 2007-3, 2007-4, 2007-5, 2007-6, 2007-7, 2007-8, 2007-9, 2007-10, 2007-11, 2007-12, 2007-13, and 2007-AR4 Trusts, and Wells Fargo Alternative Loan 2007-PA1 Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Wells Fargo Asset Securities Corporation, et al.<br><br>Defendants. | No.  C-09-1620 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ACCEPTANCE OF SERVICE OF SUMMONS AND RESPONSE DATE**<br><br>Lodged Herewith:  Proposed Order |

WHEREAS:

1. The complaint in this securities class action was filed on April 13, 2009 (the "Class Action Complaint");

2. This action is the second of two securities class actions filed in this district that this Court has deemed to be related and are pending in this Court;

3. On June 1, 2009, three motions for consolidation of these related securities class actions and for appointment of a lead plaintiff and lead counsel were filed pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 77z-1, *et seq*. by the following movants: (i) The New Orleans Employees' Retirement System, the Louisiana Sheriffs' Pension and Relief Fund, the Government of Guam Retirement Fund, and the Alameda County Employees' Retirement Association, (ii) the General Retirement System of the City of Detroit; and (iii) The Employees' Retirement System of the Government of the Virgin Islands and the City of Sterling Heights Police & Fire Retirement System. The latter group of plaintiffs had not filed a complaint.

4. The undersigned defendants wish to continue the date for any response to the complaint in this action until after a consolidated or amended complaint has been filed.

THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties herein, that:

1. Cadwalader, Wickersham & Taft LLP is authorized to accept on behalf of defendants Wells Fargo Asset Securities Corporation, Wells Fargo Bank, N.A., David Moskowitz, Franklin Codel, Thomas Neary, Douglas K. Johnson, Wells Fargo Mortgage Backed Securities 2006-AR1 Trust, Wells Fargo Mortgage Backed Securities 2006-3 Trust, Wells Fargo Mortgage Backed Securities 2006-AR2 Trust, Wells Fargo Mortgage Backed Securities 2006-AR-3 Trust, Wells Fargo Mortgage Backed Securities 2006-2 Trust, Wells Fargo Mortgage Backed Securities 2006-1 Trust, Wells Fargo Mortgage Backed Securities 2006-AR4 Trust, Wells Fargo Mortgage Backed Securities 2006-AR5 Trust, Wells Fargo Mortgage Backed Securities 2006-4 Trust, Wells Fargo Mortgage Backed Securities 2006-AR6 Trust, Wells Fargo Mortgage Backed Securities 2006-AR7 Trust, Wells Fargo

Mortgage Backed Securities 2006-5 Trust, Wells Fargo Mortgage Backed Securities 2006-6 Trust, Wells Fargo Mortgage Backed Securities 2006-AR8 Trust, Wells Fargo Mortgage Backed Securities 2006-7 Trust, Wells Fargo Mortgage Backed Securities 2006-8 Trust, Wells Fargo Mortgage Backed Securities 2006-AR10 Trust, Wells Fargo Mortgage Backed Securities 2006-AR11 Trust, Wells Fargo Mortgage Backed Securities 2006-9 Trust, Wells Fargo Mortgage Backed Securities 2006-10 Trust, Wells Fargo Mortgage Backed Securities 2006-AR12 Trust, Wells Fargo Mortgage Backed Securities 2006-AR13 Trust, Wells Fargo Mortgage Backed Securities 2006-11 Trust, Wells Fargo Mortgage Backed Securities 2006-AR16 Trust, Wells Fargo Mortgage Backed Securities 2006-14 Trust, Wells Fargo Mortgage Backed Securities 2006-AR17 Trust, Wells Fargo Mortgage Backed Securities 2006-13 Trust, Wells Fargo Mortgage Backed Securities 2006-AR15 Trust, Wells Fargo Mortgage Backed Securities 2006-AR14 Trust, Wells Fargo Mortgage Backed Securities 2006-12 Trust, Wells Fargo Mortgage Backed Securities 2006-AR18 Trust, Wells Fargo Mortgage Backed Securities 2006-17 Trust, Wells Fargo Mortgage Backed Securities 2006-15 Trust, Wells Fargo Mortgage Backed Securities 2006-16 Trust, Wells Fargo Mortgage Backed Securities 2006-AR19 Trust, Wells Fargo Mortgage Backed Securities 2006-18 Trust, Wells Fargo Mortgage Backed Securities 2006-19 Trust, Wells Fargo Mortgage Backed Securities 2006-20 Trust, Wells Fargo Mortgage Backed Securities 2007-1 Trust, Wells Fargo Alternative Loan 2007-PA1 Trust, Wells Fargo Mortgage Backed Securities 2007-2 Trust, Wells Fargo Mortgage Backed Securities 2007-AR3 Trust, Wells Fargo Mortgage Backed Securities 2007-3 Trust, Wells Fargo Mortgage Backed Securities 2007-4 Trust, Wells Fargo Mortgage Backed Securities 2007-5 Trust, Wells Fargo Mortgage Backed Securities 2007-6 Trust, Wells Fargo Mortgage Backed Securities 2007-7 Trust, Wells Fargo Mortgage Backed Securities 2007-8 Trust, Wells Fargo Mortgage Backed Securities 2007-9 Trust, Wells Fargo Mortgage Backed Securities 2007-10 Trust, Wells Fargo Mortgage Backed Securities 2007-11 Trust, Wells Fargo Mortgage Backed Securities 2007-12 Trust, Wells Fargo Mortgage Backed Securities 2007-13 Trust, and Wells Fargo Mortgage Backed Securities 2007-AR4 Trust, and does hereby accept, service of the

1  summons and complaint in this action without prejudice and without waiver of these
2  defendants' defenses except as to sufficiency of service of process;
3      2. Fried, Frank, Harris, Shriver & Jacobson LLP is authorized to accept on
4  behalf of defendants Goldman, Sachs & Co., Morgan Stanley & Co. Incorporated,
5  JPMorgan Chase, Inc., *as successor-in-interest to* Bear, Stearns & Co., Inc., HSBC
6  Securities (USA), Inc., Credit Suisse Securities (USA), LLC, Deutsche Bank Securities,
7  Inc., UBS Securities LLC, Citigroup Global Markets, Inc., Greenwich Capital Markets,
8  Inc., *doing business as* RBS Securities, Inc., Barclays Capital, Inc., Banc of America
9  Securities, LLC, Bank of America Corporation, *as successor-in-interest to* Merrill Lynch,
10 Pierce, Fenner & Smith, Inc., and Bank of America Corporation, *as successor-in-interest to*
11 Countrywide Securities Corporation ("Underwriter Defendants"), and does hereby accept,
12 service of the summons and complaint in this action without prejudice and without waiver
13 of the Underwriter Defendants' defenses except as to sufficiency of service of process;
14     3. Cahill Gordon & Reindel LLP is authorized to accept on behalf of defendant
15 The McGraw-Hill Companies, Inc. and does hereby accept, service of the summons and
16 complaint in this action without prejudice and without waiver of The McGraw-Hill
17 Companies, Inc.'s defenses except as to sufficiency of service of process;
18     4. Satterlee Stephens Burke & Burke LLP is authorized to accept on behalf of
19 defendant Moody's Investors Service, Inc., and does hereby accept, service of the summons
20 and complaint in this action without prejudice and without waiver of Moody's Investors
21 Service, Inc.'s defenses except as to sufficiency of service of process;
22     5. Paul, Weiss, Rifkind, Wharton & Garrison LLP is authorized to accept on
23 behalf of defendant Fitch, Inc., and does hereby accept, service of the summons and
24 complaint in this action without prejudice and without waiver of Fitch, Inc.'s defenses
25 except as to sufficiency of service of process;
26     6. If a motion for consolidation is granted and Plaintiff is appointed Lead
27 Plaintiff by the Court, Plaintiff shall have 45 days from the appointment of Lead Plaintiff(s)
28

and Lead Counsel pursuant to 15 U.S.C. § 77z-1(a)(3) to file a consolidated amended complaint;

7. The Defendants shall have no obligation to move, answer, or otherwise respond to the Class Action Complaint in this action unless the Court denies a motion to consolidate the actions;

8. (a) If a motion for consolidation is granted and Plaintiff is appointed Lead Plaintiff, Defendants' last day to move, answer or otherwise respond to the consolidated amended complaint shall be extended to the date 45 days after the filing of that complaint;

(b) in the event that Defendants move to dismiss the consolidated amended complaint:

(i) Plaintiff shall have 45 days from the date such motion is served to serve opposition papers; and

(ii) Defendants shall have 30 days from the date opposition papers are served by Plaintiff to serve reply papers.

## DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on June 19, 2009, at San Francisco, California.

                        */s/ Bruce A. Ericson*
                        Bruce A. Ericson

| | | |
|---|---|---|
| 1 | Dated: June 19, 2009 | |
| 2 | | GREGORY MARKEL (*pro hac vice* application to be submitted) |
| 3 | | RONIT SETTON (*pro hac vice* application to be submitted) |
| 4 | | AMANDA KOSOWSKY<br>CADWALADER, WICKERSHAM & TAFT LLP |
| 5 | | One World Financial Center<br>New York, New York 10281 |
| 6 | | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 7 | | BRUCE A. ERICSON<br>50 Fremont Street |
| 8 | | Post Office Box 7880<br>San Francisco, California 94120-7880 |
| 9 | | By _____/s/ *Bruce A. Ericson*_____ |
| 10 | | *Attorneys for Defendants Wells Fargo Asset Securities Corporation, Wells Fargo Bank, N.A.,* |
| 11 | | *David Moskowitz, Franklin Codel, Thomas Neary, Douglas K. Johnson, Wells Fargo Mortgage Backed* |
| 12 | | *Securities 2006-AR1 Trust, Wells Fargo Mortgage Backed Securities 2006-3 Trust, Wells Fargo* |
| 13 | | *Mortgage Backed Securities 2006-AR2 Trust, Wells Fargo Mortgage Backed Securities 2006-AR-3* |
| 14 | | *Trust, Wells Fargo Mortgage Backed Securities 2006-2 Trust, Wells Fargo Mortgage Backed* |
| 15 | | *Securities 2006-1 Trust, Wells Fargo Mortgage Backed Securities 2006-AR4 Trust, Wells Fargo* |
| 16 | | *Mortgage Backed Securities 2006-AR5 Trust, Wells Fargo Mortgage Backed Securities 2006-4 Trust,* |
| 17 | | *Wells Fargo Mortgage Backed Securities 2006-AR6 Trust, Wells Fargo Mortgage Backed Securities* |
| 18 | | *2006-AR7 Trust, Wells Fargo Mortgage Backed Securities 2006-5 Trust, Wells Fargo Mortgage* |
| 19 | | *Backed Securities 2006-6 Trust, Wells Fargo Mortgage Backed Securities 2006-AR8 Trust, Wells* |
| 20 | | *Fargo Mortgage Backed Securities 2006-7 Trust, Wells Fargo Mortgage Backed Securities 2006-8* |
| 21 | | *Trust, Wells Fargo Mortgage Backed Securities 2006-AR10 Trust, Wells Fargo Mortgage Backed* |
| 22 | | *Securities 2006-AR11 Trust, Wells Fargo Mortgage Backed Securities 2006-9 Trust, Wells Fargo* |
| 23 | | *Mortgage Backed Securities 2006-10 Trust, Wells Fargo Mortgage Backed Securities 2006-AR12* |
| 24 | | *Trust, Wells Fargo Mortgage Backed Securities 2006-AR13 Trust, Wells Fargo Mortgage Backed* |
| 25 | | *Securities 2006-11 Trust, Wells Fargo Mortgage Backed Securities 2006-AR16 Trust, Wells Fargo* |
| 26 | | *Mortgage Backed Securities 2006-14 Trust, Wells Fargo Mortgage Backed Securities 2006-AR17* |
| 27 | | *Trust, Wells Fargo Mortgage Backed Securities 2006-13 Trust, Wells Fargo Mortgage Backed* |
| 28 | | *Securities 2006-AR15 Trust, Wells Fargo Mortgage Backed Securities 2006-AR14 Trust, Wells Fargo* |

| | |
|---|---|
| 1 | *Mortgage Backed Securities 2006-12 Trust, Wells Fargo Mortgage Backed Securities 2006-AR18* |
| 2 | *Trust, Wells Fargo Mortgage Backed Securities 2006-17 Trust, Wells Fargo Mortgage Backed* |
| 3 | *Securities 2006-15 Trust, Wells Fargo Mortgage Backed Securities 2006-16 Trust, Wells Fargo* |
| 4 | *Mortgage Backed Securities 2006-AR19 Trust, Wells Fargo Mortgage Backed Securities 2006-18* |
| 5 | *Trust, Wells Fargo Mortgage Backed Securities 2006-19 Trust, Wells Fargo Mortgage Backed* |
| 6 | *Securities 2006-20 Trust, Wells Fargo Mortgage Backed Securities 2007-1 Trust, Wells Fargo* |
| 7 | *Alternative Loan 2007-PA1 Trust, Wells Fargo Mortgage Backed Securities 2007-2 Trust, Wells* |
| 8 | *Fargo Mortgage Backed Securities 2007-AR3 Trust, Wells Fargo Mortgage Backed Securities 2007-3* |
| 9 | *Trust, Wells Fargo Mortgage Backed Securities 2007-4 Trust, Wells Fargo Mortgage Backed* |
| 10 | *Securities 2007-5 Trust, Wells Fargo Mortgage Backed Securities 2007-6 Trust, Wells Fargo* |
| 11 | *Mortgage Backed Securities 2007-7 Trust, Wells Fargo Mortgage Backed Securities 2007-8 Trust,* |
| 12 | *Wells Fargo Mortgage Backed Securities 2007-9 Trust, Wells Fargo Mortgage Backed Securities* |
| 13 | *2007-10 Trust, Wells Fargo Mortgage Backed Securities 2007-11 Trust, Wells Fargo Mortgage* |
| 14 | *Backed Securities 2007-12 Trust, Wells Fargo Mortgage Backed Securities 2007-13 Trust, and* |
| 15 | *Wells Fargo Mortgage Backed Securities 2007-AR4 Trust* |
| 16 | |
| 17 | |
| 18 | WILLIAM G. MCGUINNESS (*pro hac vice* application to be submitted) |
| 19 | william.mcguinness@friedfrank.com<br>STEPHANIE J. GOLDSTEIN (*pro hac vice* application to be submitted) |
| 20 | stephanie.goldstein@friedfrank.com<br>FRIED, FRANK, HARRIS, SHRIVER |
| 21 |   & JACOBSON LLP<br>One New York Plaza |
| 22 | New York, New York 10004 |
| 23 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON |
| 24 | 50 Fremont Street<br>Post Office Box 7880 |
| 25 | San Francisco, California 94120-7880 |
| 26 | By        /s/ *Bruce A. Ericson* |
| 27 | |
| 28 | *Attorneys for Defendants Goldman, Sachs & Co., Morgan Stanley & Co. Incorporated, JPMorgan* |

| | |
|---|---|
| 1 | *Chase, Inc.* as successor-in-interest to *Bear Stearns & Co., Inc., HSBC Securities (USA), Inc., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., UBS Securities LLC, Citigroup Global Markets, Inc., Greenwich Capital Markets, Inc.* doing business as *RBS Securities, Inc., Barclays Capital, Inc., Banc of America Securities LLC, Bank of America Corporation,* as successor-in-interest to *Merrill Lynch, Pierce, Fenner & Smith, Inc., and Bank of America Corporation,* as successor-in-interest to *Countrywide Securities Corporation* |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | DAVID T. BIDERMAN, SBN 101577 |
| | DBiderman@perkinscoie.com |
| 2 | JUDITH B. GITTERMAN, SBN 115661 |
| | JGitterman@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 1620 26th Street |
| 4 | Sixth Floor, South Tower |
| | Santa Monica, California 90404 |
| 5 | Telephone:  (310) 788-9900 |
| | Facsimile:  (310) 788-3399 |
| 6 | |
| | FLOYD ABRAMS (admitted *pro hac vice* in related |
| 7 | action) |
| | ADAM ZUROFSKY (admitted *pro hac vice* in |
| 8 | related action) |
| | TAMMY L. ROY (admitted *pro hac vice* in related |
| 9 | action) |
| | CAHILL GORDON & REINDEL LLP |
| 10 | 80 Pine Street |
| | New York, New York  10005 |
| 11 | Telephone:  (212) 701-3000 |
| | Facsimile:  (212) 269-5420 |
| 12 | |
| | By __/s/_____ |
| 13 | |
| | *Attorneys for Defendant The McGraw-Hill* |
| 14 | *Companies, Inc.* |
| 15 | KEITH E. EGGLETON, SBN  159842 |
| | KEggleton@wsgr.com |
| 16 | DAVID A. MCCARTHY, SBN 226415 |
| | DMcCarthy@wsgr.com |
| 17 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 18 | 650 Page Mill Road |
| | Palo Alto, CA 94304 |
| 19 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| 20 | |
| | JAMES J. COSTER (*pro hac vice* application to be |
| 21 | submitted) |
| | JOSHUA M. RUBINS (*pro hac vice* application to |
| 22 | be submitted) |
| | SATTERLEE STEPHENS BURKE & BURKE LLP |
| 23 | 230 Park Avenue |
| | New York, NY 10169 |
| 24 | |
| | *By*  __/s/_____ |
| 25 | |
| | *Attorneys for Defendant* |
| 26 | *Moody's Investors Service, Inc.* |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | MARTIN FLUMENBAUM |
| | ANDREW J. EHRLICH |
| 3 | TOBIAS J. STERN |
| | 1285 Avenue of the Americas |
| 4 | New York, NY 10019 |
| | Telephone: (212) 373-3000 |
| 5 | Facsimile: (212) 757-3990 |
| 6 | TAYLOR & COMPANY LAW OFFICES, LLP |
| | STEPHEN E. TAYLOR (SBN 58452) |
| 7 | JAYESH HINES-SHAH (SBN 214256) |
| | JONATHAN A. PATCHEN (SBN 237346) |
| 8 | One Ferry Building, Suite 355 |
| | San Francisco, CA 94111 |
| 9 | Telephone: (415) 788-8200 |
| | Facsimile: (415) 788-8208 |
| 10 | |
| | By __/s/_____ |
| 11 | |
| | *Attorneys for Defendant Fitch, Inc.* |
| 12 | |
| | DAVID R. STICKNEY, SBN 188574 |
| 13 | (davids@blbglaw.com) |
| | TIMOTHY A. DELANGE, SBN 190768 |
| 14 | (timothyd@blbglaw.com) |
| | MATTHEW P. JUBENVILLE SBN 228464 |
| 15 | (matthewj@blbglaw.com) |
| | BERNSTEIN LITOWITZ BERGER & GROSSMANN |
| 16 | LLP |
| | 12481 High Bluff Drive, Suite 300 |
| 17 | San Diego, California 92130 |
| | Telephone: (858) 793-0070 |
| 18 | Facsimile: (858) 793-0323 |
| 19 | By __/s/_____ |
| 20 | *Attorneys for Plaintiff* |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | |
| 2 | **[PROPOSED] ORDER** |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 4 | Dated:   June ___, 2009. |

*/s/ Susan Illston*

_____
The Honorable Susan Illston
United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28