1  GREGORY A. MARKEL
   greg.markel@cwt.com
2  RONIT SETTON (*ADMITTED PRO HAC VICE*)
   ronit.setton@cwt.com
3  AMANDA KOSOWSKY (SBN 214282)
   amanda.kosowsky@cwt.com
4  CADWALADER, WICKERSHAM & TAFT LLP
   One World Financial Center
5  New York, New York 10281
   Telephone:    (212) 504-6000
6  Facsimile:    (212) 504-6666

7  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON  (SBN 76342)
8  bruce.ericson@pillsburylaw.com
   50 Fremont Street
9  Post Office Box 7880
   San Francisco, California 94120-7880
10 Telephone:    (415) 983-1000

11 Attorneys for Defendants Wells Fargo Asset Securities
   Corporation, Wells Fargo Bank, N.A., David Moskowitz,
12 Franklin Codel, Thomas Neary, Douglas K. Johnson,
   Wells Fargo Mortgage Backed Securities 2006-AR1,
13 2006-3, 2006-AR2, 2006-AR3, 2006-2, 2006-1, 2006-
   AR4, 2006-AR5, 2006-4, 2006-AR6, 2006-AR7, 2006-5,
14 2006-6, 2006-AR8, 2006-7, 2006-8, 2006-AR10, 2006-
   AR11, 2006-9, 2006-10, 2006-AR12, 2006-AR13, 2006-
15 11, 2006-AR16, 2006-14, 2006-AR17, 2006-13, 2006-
   AR15, 2006-AR14, 2006-12, 2006-AR18, 2006-17, 2006-
16 15, 2006-16, 2006-AR19, 2006-18, 2006-19, 2006-20,
   2007-1, 2007-2, 2007-AR3, 2007-3, 2007-4, 2007-5,
17 2007-6, 2007-7, 2007-8, 2007-9, 2007-10, 2007-11, 2007-
   12, 2007-13, and 2007-AR4 Trusts, and Wells Fargo
18 Alternative Loan 2007-PA1 Trust

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                         SAN FRANCISCO DIVISION

22 | NEW ORLEANS EMPLOYEES'
   RETIREMENT SYSTEM, Individually And On
23 Behalf of All Others Similarly Situated,

24          Plaintiff,

25     v.

26 Wells Fargo Asset Securities Corporation, et al.

27          Defendants.

28

No.  C-09-1620 (SI)

**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUATION OF CASE MANAGEMENT CONFERENCE**

Lodged Herewith:  Proposed Order

1  WHEREAS, the complaint in this securities class action was filed on April 13, 2009
2  (the "Class Action Complaint");
3  WHEREAS, this action is the second of two securities class actions filed in this
4  district that this Court has deemed to be related and are pending in this Court;
5  WHEREAS, the Private Securities Litigation Reform Act ("PSLRA") provides for
6  the Court to appoint a lead plaintiff to represent the interests of the putative class members
7  and the lead plaintiff shall, subject to the approval of the Court, select and retain counsel to
8  represent the class, 15 U.S.C. § 77z-1(a)(3)(B);
9  WHEREAS, on June 1, 2009, three motions to consolidate this action with the
10 related action titled *General Retirement System of the City of Detroit, et al. v. The Wells*
11 *Fargo Mortgage Backed Securities 2006-AR18 Trust, et al.*, No. CV-09-1376 (SI) (N.D.
12 Cal.) and for appointment of a lead plaintiff and lead counsel were filed pursuant to the
13 Private Securities Litigation Reform Act, 15 U.S.C. § 77z-1, *et seq.*, by the following
14 movants: (i) The General Retirement System of the City of Detroit; (ii) The New Orleans
15 Employees' Retirement System, the Louisiana Sheriffs' Pension and Relief Fund, the
16 Government of Guam Retirement Fund, and the Alameda County Employees' Retirement
17 Association (the "Public Funds Group"); and (iii) The Employees' Retirement System of
18 the Government of the Virgin Islands and the City of Sterling Heights Police & Fire
19 Retirement System (the "Institutional Investor Group").  On June 26, 2009, The General
20 Retirement System of the City of Detroit filed a Notice of Withdrawal of its motion for
21 appointment of lead plaintiff and the Institutional Investor Group did not file an opposition
22 to the Public Funds Group's motion for appointment as lead plaintiff.
23 WHEREAS, the motions for consolidation of this action with the *General*
24 *Retirement System* action are unopposed;
25 WHEREAS, the hearing on the Public Funds Group's unopposed motion is set for
26 July 17, 2009 at 9:00 a.m.;
27 WHEREAS, on June 24, 2009, the Court so ordered a Stipulation Regarding
28 Acceptance of Service of Summons and Response Date which provides that Defendants

1  accept service, but have no obligation to move, answer, or otherwise respond to the Class
2  Action Complaint in this action until after the Court appoints a Lead Plaintiff and Lead
3  Counsel in this action;
4      WHEREAS, pursuant to the Court's June 24, 2009 Order, the Public Funds Group,
5  if appointed Lead Plaintiff, shall have 45 days to file a consolidated amended complaint;
6  Defendants have 45 days after the filing of the Consolidated Complaint to move to dismiss;
7  Lead Plaintiff has 45 days to serve opposition papers; and Defendants have 30 days to serve
8  reply papers.
9      WHEREAS, on June 16, 2009, this Court scheduled the Initial Case Management
10 Conference in this action for July 17, 2009 at 2:30 p.m.;
11     WHEREAS, on June 25, 2009, this Court entered an order continuing the Initial
12 Case Management Conference in the *General Retirement System* action from July 17, 2009
13 at 2:30 p.m. to September 18, 2009 at 2:30 p.m.;
14     WHEREAS, it would promote judicial efficiency for the Court to hold the initial
15 case management conference in this action on September 18, 2009, after the Court
16 considers the motion to consolidate and appoints a lead plaintiff.
17     THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned
18 counsel for the parties herein, that:
19     The Initial Case Management Conference scheduled for July 17, 2009 at 2:30 p.m.
20 is continued to September 18, 2009 at 2:30 p.m.
21
22          **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**
23     I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I
24 have obtained the concurrence in the filing of this document from each of the other
25 signatories listed below.
26     I declare under penalty of perjury that the foregoing declaration is true and correct.
27     Executed on July _, 2009, at San Francisco, California.
28

- 2 -   STIPULATION REGARDING CONTINUATION OF
CASE MANAGEMENT CONFERENCE
Case No. C-09-1620 (SI)

| | |
|---|---|
| 1 |      */s/ Bruce A. Ericson*<br>Bruce A. Ericson |
| 2  Dated: July 7, 2009 | |
| 3 | GREGORY MARKEL<br>RONIT SETTON (*admitted pro hac vice*)<br>AMANDA KOSOWSKY |
| 4 | CADWALADER, WICKERSHAM & TAFT LLP<br>One World Financial Center |
| 5 | New York, New York 10281 |
| 6 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON |
| 7 | 50 Fremont Street<br>Post Office Box 7880 |
| 8 | San Francisco, California 94120-7880 |
| 9 | By      */s/ Bruce A. Ericson*<br>*Attorneys for Defendants Wells Fargo Asset* |
| 10 | *Securities Corporation, Wells Fargo Bank, N.A., David Moskowitz, Franklin Codel, Thomas Neary,* |
| 11 | *Douglas K. Johnson, Wells Fargo Mortgage Backed Securities 2006-AR1 Trust, Wells Fargo Mortgage* |
| 12 | *Backed Securities 2006-3 Trust, Wells Fargo Mortgage Backed Securities 2006-AR2 Trust, Wells* |
| 13 | *Fargo Mortgage Backed Securities 2006-AR-3 Trust, Wells Fargo Mortgage Backed Securities* |
| 14 | *2006-2 Trust, Wells Fargo Mortgage Backed Securities 2006-1 Trust, Wells Fargo Mortgage* |
| 15 | *Backed Securities 2006-AR4 Trust, Wells Fargo Mortgage Backed Securities 2006-AR5 Trust, Wells* |
| 16 | *Fargo Mortgage Backed Securities 2006-4 Trust, Wells Fargo Mortgage Backed Securities 2006-AR6* |
| 17 | *Trust, Wells Fargo Mortgage Backed Securities 2006-AR7 Trust, Wells Fargo Mortgage Backed* |
| 18 | *Securities 2006-5 Trust, Wells Fargo Mortgage Backed Securities 2006-6 Trust, Wells Fargo* |
| 19 | *Mortgage Backed Securities 2006-AR8 Trust, Wells Fargo Mortgage Backed Securities 2006-7 Trust,* |
| 20 | *Wells Fargo Mortgage Backed Securities 2006-8 Trust, Wells Fargo Mortgage Backed Securities* |
| 21 | *2006-AR10 Trust, Wells Fargo Mortgage Backed Securities 2006-AR11 Trust, Wells Fargo Mortgage* |
| 22 | *Backed Securities 2006-9 Trust, Wells Fargo Mortgage Backed Securities 2006-10 Trust, Wells* |
| 23 | *Fargo Mortgage Backed Securities 2006-AR12 Trust, Wells Fargo Mortgage Backed Securities* |
| 24 | *2006-AR13 Trust, Wells Fargo Mortgage Backed Securities 2006-11 Trust, Wells Fargo Mortgage* |
| 25 | *Backed Securities 2006-AR16 Trust, Wells Fargo Mortgage Backed Securities 2006-14 Trust, Wells* |
| 26 | *Fargo Mortgage Backed Securities 2006-AR17 Trust, Wells Fargo Mortgage Backed Securities* |
| 27 | *2006-13 Trust, Wells Fargo Mortgage Backed Securities 2006-AR15 Trust, Wells Fargo Mortgage* |
| 28 | *Backed Securities 2006-AR14 Trust, Wells Fargo* |

| | |
|---|---|
| 1 | *Mortgage Backed Securities 2006-12 Trust, Wells Fargo Mortgage Backed Securities 2006-AR18* |
| 2 | *Trust, Wells Fargo Mortgage Backed Securities 2006-17 Trust, Wells Fargo Mortgage Backed* |
| 3 | *Securities 2006-15 Trust, Wells Fargo Mortgage Backed Securities 2006-16 Trust, Wells Fargo* |
| 4 | *Mortgage Backed Securities 2006-AR19 Trust, Wells Fargo Mortgage Backed Securities 2006-18* |
| 5 | *Trust, Wells Fargo Mortgage Backed Securities 2006-19 Trust, Wells Fargo Mortgage Backed* |
| 6 | *Securities 2006-20 Trust, Wells Fargo Mortgage Backed Securities 2007-1 Trust,  Wells Fargo* |
| 7 | *Alternative Loan 2007-PA1 Trust, Wells Fargo Mortgage Backed Securities 2007-2 Trust, Wells* |
| 8 | *Fargo Mortgage Backed Securities 2007-AR3 Trust, Wells Fargo Mortgage Backed Securities 2007-3* |
| 9 | *Trust, Wells Fargo Mortgage Backed Securities 2007-4 Trust, Wells Fargo Mortgage Backed* |
| 10 | *Securities 2007-5 Trust, Wells Fargo Mortgage Backed Securities 2007-6 Trust, Wells Fargo* |
| 11 | *Mortgage Backed Securities 2007-7 Trust, Wells Fargo Mortgage Backed Securities 2007-8 Trust,* |
| 12 | *Wells Fargo Mortgage Backed Securities 2007-9 Trust, Wells Fargo Mortgage Backed Securities* |
| 13 | *2007-10 Trust, Wells Fargo Mortgage Backed Securities 2007-11 Trust, Wells Fargo Mortgage* |
| 14 | *Backed Securities 2007-12 Trust, Wells Fargo Mortgage Backed Securities 2007-13 Trust, and* |
| 15 | *Wells Fargo Mortgage Backed Securities 2007-AR4 Trust* |
| 16 | |
| 17 | |
| 18 | WILLIAM G. MCGUINNESS (*pro hac vice* application to be submitted)<br>william.mcguinness@friedfrank.com |
| 19 | STEPHANIE J. GOLDSTEIN (*pro hac vice* application to be submitted) |
| 20 | stephanie.goldstein@friedfrank.com<br>FRIED, FRANK, HARRIS, SHRIVER |
| 21 |   & JACOBSON LLP<br>One New York Plaza |
| 22 | New York, New York 10004 |
| 23 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BRUCE A. ERICSON |
| 24 | 50 Fremont Street<br>Post Office Box 7880 |
| 25 | San Francisco, California 94120-7880 |
| 26 | By _____/s/ *Bruce A. Ericson*_____ |
| 27 | |
| 28 | *Attorneys for Defendants Goldman, Sachs & Co., Morgan Stanley & Co. Incorporated, JPMorgan* |

- 4 -  STIPULATION REGARDING CONTINUATION OF
CASE MANAGEMENT CONFERENCE
Case No. C-09-1620 (SI)

| | |
|---|---|
| 1 | *Chase, Inc.* as successor-in-interest to *Bear Stearns & Co., Inc., HSBC Securities (USA), Inc., Credit* |
| 2 | *Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., UBS Securities LLC, Citigroup* |
| 3 | *Global Markets, Inc., Greenwich Capital Markets, Inc.* doing business as *RBS Securities, Inc., Barclays* |
| 4 | *Capital, Inc., Banc of America Securities LLC, Bank of America Corporation,* as successor-in-interest |
| 5 | to *Merrill Lynch, Pierce, Fenner & Smith, Inc., and Bank of America Corporation,* as successor-in- |
| 6 | interest to *Countrywide Securities Corporation* |

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | DAVID T. BIDERMAN, SBN 101577 |
| | DBiderman@perkinscoie.com |
| 2 | JUDITH B. GITTERMAN, SBN 115661 |
| | JGitterman@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 1620 26th Street |
| 4 | Sixth Floor, South Tower |
| | Santa Monica, California 90404 |
| 5 | Telephone: (310) 788-9900 |
| | Facsimile: (310) 788-3399 |
| 6 | |
| | FLOYD ABRAMS (admitted *pro hac vice* in related |
| 7 | action) |
| | ADAM ZUROFSKY (admitted *pro hac vice* in |
| 8 | related action) |
| | TAMMY L. ROY (admitted *pro hac vice* in related |
| 9 | action) |
| | CAHILL GORDON & REINDEL LLP |
| 10 | 80 Pine Street |
| | New York, New York 10005 |
| 11 | Telephone: (212) 701-3000 |
| | Facsimile: (212) 269-5420 |
| 12 | |
| | By __/s/_____ |
| 13 | |
| | *Attorneys for Defendant The McGraw-Hill* |
| 14 | *Companies, Inc.* |
| 15 | KEITH E. EGGLETON, SBN 159842 |
| | KEggleton@wsgr.com |
| 16 | DAVID A. MCCARTHY, SBN 226415 |
| | DMcCarthy@wsgr.com |
| 17 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 18 | 650 Page Mill Road |
| | Palo Alto, CA 94304 |
| 19 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| 20 | |
| | JAMES J. COSTER (*pro hac vice* application to be |
| 21 | submitted) |
| | JOSHUA M. RUBINS (*pro hac vice* application to |
| 22 | be submitted) |
| | SATTERLEE STEPHENS BURKE & BURKE LLP |
| 23 | 230 Park Avenue |
| | New York, NY 10169 |
| 24 | |
| | *By* __/s/_____ |
| 25 | |
| | *Attorneys for Defendant* |
| 26 | *Moody's Investors Service, Inc.* |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | MARTIN FLUMENBAUM |
| | ANDREW J. EHRLICH |
| 3 | TOBIAS J. STERN |
| | 1285 Avenue of the Americas |
| 4 | New York, NY 10019 |
| | Telephone: (212) 373-3000 |
| 5 | Facsimile: (212) 757-3990 |
| 6 | TAYLOR & COMPANY LAW OFFICES, LLP |
| | STEPHEN E. TAYLOR (SBN 58452) |
| 7 | JAYESH HINES-SHAH (SBN 214256) |
| | JONATHAN A. PATCHEN (SBN 237346) |
| 8 | One Ferry Building, Suite 355 |
| | San Francisco, CA 94111 |
| 9 | Telephone: (415) 788-8200 |
| | Facsimile: (415) 788-8208 |
| 10 | |
| | By  /s/ _____ |
| 11 | |
| | *Attorneys for Defendant Fitch, Inc.* |
| 12 | |
| | DAVID R. STICKNEY, SBN 188574 |
| 13 | (davids@blbglaw.com) |
| | TIMOTHY A. DELANGE, SBN 190768 |
| 14 | (timothyd@blbglaw.com) |
| | MATTHEW P. JUBENVILLE SBN 228464 |
| 15 | (matthewj@blbglaw.com) |
| | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 16 | |
| | 12481 High Bluff Drive, Suite 300 |
| 17 | San Diego, California 92130 |
| | Telephone: (858) 793-0070 |
| 18 | Facsimile: (858) 793-0323 |
| 19 | By  /s/ _____ |
| 20 | *Attorneys for Plaintiff* |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1
2      **[PROPOSED] ORDER**

3      PURSUANT TO STIPULATION, IT IS SO ORDERED.

4      Dated: July ___, 2009.

       _____
5      The Honorable Susan Illston
       United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 8 -  STIPULATION REGARDING CONTINUATION OF
       CASE MANAGEMENT CONFERENCE
       Case No. C-09-1620 (SI)